IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
In re:                                    )    Chapter 11
                                          )    07-48680-TJT
**ASC INCORPORATED,**                     )    Hon. Thomas J. Tucker
                                          )
            Debtor.                       )
---------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that CARSON FISCHER, P.L.C. hereby appears as counsel for the **UNSECURED CREDITORS' COMMITTEE OF ASC INCORPORATED** in the above-captioned Chapter 11 case. The undersigned hereby requests that all papers, pleadings, notices, motions and orders required to be served in accordance with Bankruptcy Rule 2002, or an order of the Court, be mailed to or otherwise served on counsel at the following address:

>    Robert A. Weisberg, Esq.
>    Christopher A. Grosman, Esq.
>    CARSON FISCHER, P.L.C.
>    4111 Andover Road
>    West – Second Floor
>    Bloomfield Hills, Michigan 48302
>    Telephone: (248) 644-4840
>    Facsimile: (248) 644-1832
>    E-mail:    RWeisberg@CarsonFicher.com
>               CGrosman@CarsonFischer.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

CARSON FISCHER, P.L.C.

By: _____
Robert A. Weisberg (P26698)
Christopher A. Grosman (P58693)
4111 Andover Road
West – Second Floor
Bloomfield Hills, Michigan 48302
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
E-mail: RWeisberg@CarsonFicher.com
CGrosman@CarsonFischer.com

*Proposed Counsel for the Unsecured Creditors' Committee of ASC Incorporated*

Dated: May 21, 2006